JS-6

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS HILTON, an individual, and PARLUX FRAGRANCES, LLC, a Delaware corporation, <br><br> Plaintiffs, <br> vs. <br> SPECTRUM COSMETICS PE., an unknown business entity, and DOES 1-10, inclusive; <br><br> Defendants. | CASE NO. CV13-00073-MWF(VBKx) <br><br> **ORDER RE DISMISSAL OF ACTION** |

1
ORDER RE DISMISSAL

1 | WHEREAS Plaintiffs Paris Hilton and Parlux Fragrances, LLC and Defendant Spectrum Cosmetics PE have entered into a Settlement Agreement and Mutual Release as to the claims in the above reference matter, and have stipulated for the dismissal of the instant action.

It is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that except as otherwise provided herein, this action is dismissed with prejudice as to Defendant with each party bearing its own costs and attorney fees.

IT IS SO ORDERED

DATED:   October 21, 2013    _____

Honorable Michael W. Fitzgerald
**United States District Judge**